**ORIGINAL**

JUDITH A. PHILIPS
Acting United States Attorney
District of Hawaii

GREGG PARIS YATES #8225
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
E-Mail: Gregg.Yates@usdoj.gov

SARAH A. KIEWLICZ
VALERIE G. PREISS
Trial Attorneys, Tax Division
U.S. Department of Justice
150 M Street N.E.
Washington, D.C. 20002
Telephone: (202) 514-5762
E-mail: Sarah.Kiewlicz@usdoj.gov
       Valerie.G.Preiss@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 1 0 2021

at 1 o'clock and 43 min. P M
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR 21-00086 DKW |
| Plaintiff, | INDICTMENT |
| vs. | [18 U.S.C. §§ 371 and 1957; 26 U.S.C. § 7206(1)] |
| BEVERLY BRAUMULLER-HAWVER (1) and SCOTT F. HAWVER, (2) | |
| Defendants. | |

# INDICTMENT

The Grand Jury charges:

## Introductory Allegations

At times relevant to this Indictment:

1. Defendant BEVERLY BRAUMULLER-HAWVER (BRAUMULLER-HAWVER) resided in the District of Hawaii.

2. Defendant SCOTT F. HAWVER (HAWVER) resided in the District of Hawaii.

3. Defendants BRAUMULLER-HAWVER and HAWVER were married.

4. BRAUMULLER-HAWVER was a manager and owner of BeverlyB Music, LLC, a Hawaii limited liability company.

5. BRAUMULLER-HAWVER and HAWVER were signatories on and exercised control over bank accounts held in their names and in the name of BeverlyB Music LLC, at Bank of Hawaii, located in the District of Hawaii.

6. CO-CONSPIRATOR 1 (CC-1), not named as a defendant herein, was the owner of Gimmel Group, LLC (Gimmel Group), a Hawaii corporation that purported to be a personal investment business. CC-1 was a signatory on, and exercised control over, Gimmel Group's multiple bank accounts at Bank of Hawaii, located in the District of Hawaii.

7. Mortgage Compliance Advisors & Solutions LLC (MCA&S) was a limited liability company registered in the state of Florida controlled by a member of the mail fraud scheme, as set forth, *infra*, in paragraphs 16-17, who is not named in this Indictment.

8. The Internal Revenue Service (IRS) was an agency of the United States Department of the Treasury responsible for enforcing and administering federal tax laws.

## Count 1
### Conspiracy to Defraud the United States
### (18 U.S.C. § 371)

9. The Introductory Allegations contained in paragraphs 1 through 8 are realleged and incorporated by reference as though fully set forth herein.

### The Conspiracy and Its Objects

10. From at least in or around February 2015, and continuing through at least in or around November 2018, in the District of Hawaii and elsewhere, BRAUMULLER-HAWVER and HAWVER, the defendants, together with CC-1, not named as a defendant herein, did unlawfully, voluntarily, intentionally and knowingly, conspire, combine, confederate, and agree with each other and with others known and unknown to the grand jury to defraud the United States, by dishonest and deceitful means, by impeding, impairing, obstructing, and defeating the lawful government functions of the IRS in the ascertainment, computation,

assessment, and collection of revenue, namely, filing with the IRS federal income tax returns claiming fraudulent refunds based on false tax withholdings reported on Forms 1040, 1040X, and 1099-MISC and engaging in a course of conduct to prevent the IRS from recouping the fraudulently obtained tax refunds.

## Manner and Means

11. It was part of the conspiracy that BRAUMULLER-HAWVER and HAWVER, and their co-conspirators, would and did the following, among other things:

   a. Recruit and cause to be recruited participants to file fraudulent tax returns to fraudulently obtain tax refunds;

   b. Generate and cause to be generated fraudulent IRS Forms 1099-MISC that purported to be issued by participants' mortgage lenders that falsely reported, among other things, large tax withholdings;

   c. File and cause to be filed with the IRS false Forms 1099-MISC;

   d. File and cause to be filed with the IRS Forms 1040 U.S. Individual Income Tax Return and Forms 1040X Amended U.S. Individual Income Tax Return, based on the false and fraudulent Forms 1099-MISC, that falsely and fraudulently claimed large tax refunds;

e. Cause to be provided to themselves and others, U.S. Treasury Checks obtained by filing tax returns claiming false and fraudulent tax refunds;

f. Pay CC-1 substantial fees for CC-1's services based, in part, on a percentage of the tax refunds received;

g. Provide participants with false, fraudulent, and frivolous information concerning the mail fraud scheme, as set forth, *infra*, in paragraphs 16-17, and CC-1's involvement in it, that they instructed participants to provide to the IRS in response to IRS efforts to recover the fraudulently obtained tax refunds.

h. Send false, fraudulent, and frivolous information concerning the mail fraud scheme to the IRS in response to IRS efforts to recover the fraudulently obtained tax refunds.

i. Open bank accounts in the name of business entities and purported trusts to conceal the fraudulently obtained tax refunds from IRS recovery efforts.

j. Transfer fraudulently obtained tax refund proceeds between bank accounts to prevent the IRS from collecting the fraudulently obtained proceeds.

5

## Overt Acts

12. In furtherance of the conspiracy and to affect the objects thereof, BRAUMULLER-HAWVER and HAWVER and their co-conspirators committed and caused to be committed the following overt acts, among others, in the District of Hawaii and elsewhere:

    a. From in or around February 2015, to in or around June 2015, BRAUMULLER-HAWVER and HAWVER paid CC-1 and MCA&S fees in exchange for the preparation of their false and fraudulent Forms 1040X and 1099-MISC. BRAUMULLER-HAWVER signed checks from BRAUMULLER-HAWVER and HAWVER's joint Hawaiian Tel Federal Credit Union account ending in -5836 on or about the dates listed below as follows:

| Date | Payee | Approximate Amount |
| --- | --- | --- |
| 2/13/15 | CC-1 | $1425 |
| 2/27/15 | CC-1 | $575 |
| 5/16/15 | CC-1 | $1500 |
| 5/16/15 | CC-1 | $50 |
| 6/15/15 | MCA&S | $2500 |
| 6/1/15 | CC-1 | $1500 |

b. On or about July 29, 2015, BRAUMULLER-HAWVER and HAWVER filed and caused to be filed with the IRS the false and fraudulent Amended U.S. Individual Income Tax Return, Form 1040X, for the 2014 tax year, in their own names, fraudulently asserting a claim for a refund in the amount of $188,239. Attached to the Form 1040X, BRAUMULLER-HAWVER and HAWVER filed and cause to be filed with the IRS a false and fraudulent IRS Form 1099-MISC, for tax year 2014, purportedly filed by a mortgage lender, which form reported a false tax withholding amount of $424,163.82 for HAWVER.

c. On or about November 25, 2015, BRAUMULLER-HAWVER and HAWVER opened and caused to be opened a joint bank account ending in -7394 in their names of at Bank of Hawaii.

d. On or about November 25, 2015, BRAUMULLER-HAWVER and HAWVER opened and caused to be opened a bank account ending in -0530 in the name of BeverlyB Music LLC at Bank of Hawaii.

e. On or about December 15, 2015, BRAUMULLER-HAWVER and HAWVER deposited and caused to be deposited a fraudulently obtained U.S. Treasury Check in the amount of $192,845.08,

7

payable to BRAUMULLER-HAWVER and HAWVER, into their joint personal account ending in -7394 at Bank of Hawaii.

f. On or about December 28, 2015, BRAUMULLER-HAWVER and HAWVER transferred and caused to be transferred $170,000, from their personal account ending in -7394, to their BeverlyB Music account ending in -0530.

g. On or about December 28, 2015, BRAUMULLER-HAWVER and HAWVER paid CC-1 a total of $55,679.58, from their BeverlyB Music account ending in -0530, for assisting in the false tax filings and concealment of the fraudulently obtained refund.

h. On or about December 28, 2015, BRAUMULLER-HAWVER and HAWVER paid MCA&S $15,000, from their BeverlyB Music account ending in -0530, for assisting in the false tax filings.

i. In or around June 2016, an IRS employee from the Frivolous Return Program sent BRAUMULLER-HAWVER and HAWVER a letter regarding the validity of their claim of refund for the 2014 tax year. In response to that IRS letter, on a precise date unknown, BRAUMULLER-HAWVER and HAWVER mailed a letter containing false, fraudulent, and frivolous statements to that IRS

employee, in which they falsely represented their relationship with Gimmel Group.

All in violation of Title 18, United States Code, Section 371.

## Count 2
Making and Subscribing a False Return, Statement, or Other Document
(26 U.S.C. § 7206(1))

13.  The Introductory Allegations in paragraphs 1 through 8 are realleged and incorporated by reference as though fully set forth herein.

14.  On or about July 29, 2015, in the District of Hawaii and elsewhere, BRAUMULLER-HAWVER and HAWVER did willfully make and subscribe, and willfully file and cause to be filed with the Internal Revenue Service, a false joint Amended U.S. Individual Income Tax Return, Form 1040X, for calendar year 2014, which was verified by a written declaration that it was made under the penalties of perjury and which BRAUMULLER-HAWVER and HAWVER did not believe to be true and correct as to every material matter, in that the Form 1040X reported, at Line 1, that BRAUMULLER-HAWVER and HAWVER earned other income totaling $749,164 and reported, at Line 12, that BRAUMULLER-HAWVER and HAWVER had tax withholdings of $424,164, whereas, as BRAUMULLER-HAWVER and HAWVER well knew, they did not earn the other income and did not have the tax withholdings claimed on the tax return.

All in violation of Title 26, United States Code, Section 7206(1).

## Counts 3-6
## Money Laundering
## (18 U.S.C. § 1957)

15. The Introductory Allegations in paragraphs 1 through 8 are realleged and incorporated by reference as though fully set forth herein.

## The Mail Fraud Scheme

16. From at least in or around February 2015, through at least in or around December 2015, BRAUMULLER-HAWVER and HAWVER, the defendants, with CC-1 and others known and unknown to the grand jury, knowingly devised, and intended to devise, a scheme and artifice to defraud the United States and to obtain money and property from the United States, through materially false and fraudulent pretenses, representations, and promises, by, among other things, scheming to obtain a fraudulent tax refund by filing with the IRS a false joint Amended U.S. Individual Income Tax Return, Form 1040X, with attached Form 1099-MISC.

17. For the purpose of executing the scheme and artifice to defraud, on or about the dates set forth in the chart below, BRAUMULLER-HAWVER and HAWVER, used and caused to be used the United States Postal Service and private and commercial interstate carriers, to send, among other things, the following items:

| Date of Mailing | Item Mailed |
|---|---|
| 7/29/15 | Amended U.S. Individual Income Tax Return, Form 1040X, with attached Form 1099-MISC |
| 12/11/15 | U.S. Treasury Check in the amount of $192,845.08 |

Monetary Transactions

18. On or about the dates set forth in the chart below, within the District of Hawaii and elsewhere, BRAUMULLER-HAWVER knowingly engaged and attempted to engage in monetary transactions within the United States, by, through, and to a financial institution, affecting interstate and foreign commerce, knowing that each such transaction involved criminally derived property with a value greater than $10,000, that is, the transfer, withdrawal, and deposit of funds and monetary instruments described and in the amounts set forth in the chart below, which were derived from a specified unlawful activity, namely, the proceeds of the Mail Fraud Scheme, in violation of Title 18, United States Code, Section 1341, with each such monetary transaction constituting a separate count of this Indictment:

| Count | Date | Amount | Description |
|---|---|---|---|
| 3 | 12/28/15 | $170,000 | Transfer via check from HAWVER and BRAUMULLER-HAWVER joint Bank of Hawaii account ending in -7394 to BeverlyB Music Bank of Hawaii account ending in -0530 |

| 4 | 12/28/15 | $48,179.58 | Transfer via check from BeverlyB Music account ending -0530, payable to Gimmel Group |
| 5 | 1/5/15 | $15,000 | Transfer via check from BeverlyB Music account ending -0530, payable to MCA&S |
| 6 | 3/8/16 | $22,000 | Transfer via wire from BeverlyB Music account ending -0530, to a jeweler, M.J. |

All in violation of Title 18, United States Code, Section 1957.

## Forfeiture Notice

1. The allegations contained in all paragraphs of Counts 3 through 6 of this Indictment are realleged and incorporated by reference for the purpose of noticing forfeiture pursuant to Title 18, United States Code, Section 982.

2. The United States hereby gives notice to defendant BEVERLY BRAUMULLER-HAWVER that, upon conviction of the offenses in violation of Title 18, United States Code, Section 1957, charged in Counts 3 through 6 of the Indictment, the government will seek forfeiture, pursuant to Title 18, United States Code, Section 982(a)(1), of any and all property, real or personal, involved in the offenses, and all property traceable to such property, including but not limited to a sum of money equal to at least approximately $192,845 in United States currency.

3. If by any act or omission of BRAUMULLER-HAWVER, any of the property subject to forfeiture described in paragraph 2 herein:

    a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; and

e. has been commingled with other property, which cannot be subdivided without difficulty;

the United States of America will be entitled to forfeiture of substitute property up to the value of the property described in paragraph 2 herein, pursuant to Title 21,

//

//

//

//

//

//

//

//

//

//

//

United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1).

DATED: June 10, 2021, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson
FOREPERSON

_____
JUDITH A. PHILIPS
Acting United States Attorney
District of Hawaii

_____
SARAH A. KIEWLICZ
VALERIE G. PREISS
Trial Attorneys

_____
GREGG PARIS YATES
Assistant United States Attorney

United States v. Beverly Braumuller-Hawver et al.
Indictment
Cr. No. CR 21-00086 DKW